UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LYDIA GREENE,  )
        Plaintiff, )
  )
v. ) **JUDGMENT**
  )
  ) No. 5:21-CV-516-FL
KILOLO KIJAKAZI, )
*Acting Commissioner of Social Security* )
  )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which objections were not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 24, 2023, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted in part and denied in part and defendant's motion for judgment on the pleadings is granted in part and denied in part. This matter is remanded to defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on March 24, 2023, and Copies To:**
Paul T. McChesney / David Goetz (via CM/ECF Notice of Electronic Filing)
David Mansfield / David Mervis (via CM/ECF Notice of Electronic Filing)

March 24, 2023                  PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K.Collins
                                (By) Sandra K. Collins, Deputy Clerk