UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LYDIA GREENE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action Number |
| | * | 5:21-cv-00516-FL |
| KILOLO KIJAKAZI | * | |
| Acting Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |
| | * * * * * | |

ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 20th day of November , 2023, by the United States District Court for the Eastern District of North Carolina,

ORDERED that David B. Goetz, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $10,701.25 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees[s] he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

_____
LOUISE W. FLANAGAN
United States District Judge